1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                              TACOMA DIVISION

10   DARREN W.,                              |   Civil No. 3:20-CV-05143-MAT

11          Plaintiff,

12          vs.                              |   ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14          Defendant.

15          Based on the stipulation of the parties it is hereby ORDERED that the above- captioned

16   case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further

17   administrative proceedings, including the following actions:

18   •   The ALJ will conduct a new hearing, further develop the record and issue a new decision;

19   •   The ALJ will issue a new decision on the issue of a new protected filing date for Plaintiff's

20       minor child Hunter David Weymouth;

21   •   In determining whether a protected filing date is appropriate, the ALJ will consider the

22       October 20, 2005, Disability Report – Appeal, submitted by Plaintiff wherein he stated, "My

23       Disability has severely limited my ability to take care of my newborn son born on 6/06/05."

24

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 15th day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2114
Fax:  (206) 615-2531
franco.l.becia@ssa.gov